District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XINQI ZHAO and HANSEL,

                Plaintiffs,

      v.

ALEJANDRO MAYORKAS, *et al.*,

                Defendants.

No. 2:23-cv-477-RSM

STIPULATED MOTION TO DISMISS
AND ORDER

Noted for Consideration:
June 6, 2023

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to dismiss this case without prejudice.  Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-485s, Applications to Register Permanent Residence or Adjust Status.  USCIS approved Plaintiffs' applications on May 24, 2023. Accordingly, the above-captioned action having been resolved, the parties stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION TO DISMISS      - 1
 (22-cv-477-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Dated: June 6, 2023                    Respectfully submitted,

2                                           NICHOLAS W. BROWN
                                            United States Attorney
3
                                             s/Michelle R. Lambert
4                                           MICHELLE R. LAMBERT, NYS #4666657
                                            Assistant United States Attorney
5                                           United States Attorney's Office
                                            1201 Pacific Avenue, Suite 700
6                                           Tacoma, Washington 98402
                                            Phone:  206-428-3824
7                                           Email:  michelle.lambert@usdoj.gov
                                            *Attorneys for Defendants*
8

9                                           _____

10                                          XINQI ZHAO

11

12                                          _____

13                                          HANSEL
                                            1528 NW 61st Street, Unit B
14                                          Seattle, Washington 98107
                                            Phone: 857-999-5354
15                                          Email:  Cindy.Zhao@bain.com
                                            *Pro Se Plaintiffs*

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS          - 2
 (22-cv-477-RSM)

**ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all

parties to bear their own costs and attorneys' fees.  It is so **ORDERED**.


DATED this 6th day of June, 2023.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS          - 3
 (22-cv-477-RSM)